UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00129-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANDREW LAMBETH MITCHELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Terminate Probation successfully. Having considered defendant's motion and reviewed the pleadings, it appears that the United States Probation Office concurs in the request and that the government does not oppose the relief sought. Further, after independent review of the merits of the request and the docket it appears that defendant has in fact successfully complied with the Orders of this court and the directions of his supervising officer. Based on the entirety of the record, the court determines that defendant qualifies for early termination and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Terminate Probation (#25) is **GRANTED**, and Probation is **TERMINATED** early as successfully completed.

Signed: November 18, 2016



Max O. Cogburn Jr
United States District Judge